```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-CR-5291 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| PRITAM KAUR TAGGAR, | ) | NOTE AND DEED OF TRUST |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:      18154327

Receipt No.:   100-200997

IT IS SO ORDERED.

Dated:   **January 23, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE