**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                        RE:    **Paramjit Singh Taggar**
                                 Docket Number:  1:04CR05291-02 OWW
                                 **PERMISSION TO TRAVEL**
                                 **OUTSIDE THE COUNTRY**

Your Honor:

The supervisee is requesting permission to travel to Taggar Badala, Punjab, India.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 23, 2006, the supervisee was sentenced for the offense(s) of Conspiracy to Commit an Offense Against the United States.  He was sentenced to the custody of the Bureau of Prisons for a term of one month followed by a 36 month term of supervised release.  He was ordered to pay a $10,000 fine and a $100 special assessment.  In addition to the standard conditions of supervision, the following special conditions were imposed:  1) Search; 2) No dissipation of assets; 3) Provide access to financial information upon request; 4) No new credit charges or additional lines of credit; 5) Cooperation with Homeland Security and INS; 6) Submit DNA collection; and 7) 3 months electronic monitoring or home confinement.

**Dates and Mode of Travel:**   The supervisee has purchase his flight tickets via Asiana Airlines and requests permission to travel from July 4, 2008 through August 17, 2008.

**Purpose:**  The supervisee and his wife, Harban Hothi-Baryana (codefendant in this case), plan to attend a family wedding in Kandhali Naurang Pur District in Hoshiarpur.  In addition, he plans to visit his home in Hoshiarpur and begin moving storage from the home and begin cleaning.  According to the supervisee, he and his wife have not been in their home for about 10 years.   The supervisee has been diagnosed with having 65% of blockage in

RE:     **Paramjit Singh Taggar**
        Docket Number:   1:04CR05291-02 OWW
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

his arteries which has caused a change in lifestyle.

Although he has sought treatment in California, he indicated that further treatment would be costly.  In India, the cost of medical treatment including medications would be less costly.   The supervisee and his wife will also seek dental and optical treatments.

It should be noted that the undersigned officer has submitted a recommendation for early termination in the instant case.   The reason why this request is being submitted at this time is because the supervisee prematurely purchased the flight tickets (at discount price at the time of purchase), before the early terminations were officially signed.  The early termination requests will not be in effect prior to the date of departure.

**Justification:**  The supervisee has complied with all reporting requirements and has paid all financial obligations in full.  He has maintained residency in the Fresno area and has purchased, along with his wife, a motel in Perryton, Texas.   No new criminal arrest or convictions are noted and the undersigned officer has no objections with the requested travel.

Respectfully Submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

**DATED:**     June 23, 2008
               Fresno, California
               jtp


**REVIEWED BY:**     /s/ Hubert J. Alvarez    for
                     **BRUCE A. VASQUEZ**
                     **Supervising United States Probation Officer**

RE: **Paramjit Singh Taggar**
    Docket Number:   **1:04CR05291-02 OWW**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

---

**ORDER OF THE COURT:**

Approved _____ X _____          Disapproved _____

IT IS SO ORDERED.

**Dated:** __**June 24, 2008**__          _____**/s/ Oliver W. Wanger**_____
                                          UNITED STATES DISTRICT JUDGE