PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:04CR05291-02 OWW** |
| | ) | |
| **Paramjit Singh Taggar** | ) | |
| | ) | |

On May 23, 2006, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido**
**United States Probation Officer**

Dated:      June 20, 2008
            Fresno, California
            jtp

**REVIEWED BY:      /s/ Bruce A. Vasquez**
            **BRUCE A. VASQUEZ**
            **Supervising United States Probation Officer**

**Re:   Paramjit Singh Taggar**
      **Docket Number:   1:04CR05291-02**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.


      IT IS SO ORDERED.

**Dated:   July 10, 2008**              _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE